**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Immigrant Legal Defense, | ) Case No.: 3:24-CV-09326-LB |
| Plaintiff, | ) |
| | ) [~~PROPOSED~~] **ORDER GRANTING** |
| | ) **STIPULATION OF VOLUNTARY** |
| v. | ) **DISMISSAL** |
| | ) |
| U.S. Immigration and Customs Enforcement, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL**

Before the Court is the Parties' Stipulation of Voluntary Dismissal Pursuant to FRCP 41(a)(l)(A)(ii). Pursuant to the Stipulation, the Court DISMISSES this action. Each party shall bear its own litigation costs and attorneys' fees.

IT IS SO ORDERED.

Date: __April 9, 2026__                    _____

Hon. Laurel Beeler
United States Magistrate Judge